KATRON EVANS,

             Plaintiff,

v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,

             Defendant.

**INDEX OF EXHIBITS TO MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

| Exhibit | Description |
|---------|-------------|
| 1 | Declaration of KaTron Evans |
| 2 | Declaration of Kevin Hansen |
| 3 | Declaration of Coach Dave Doeren |
| 4 | Declaration of Coach Elisha Shaw |
| 5 | Declaration of David Berri |
| 6 | Declaration of Nicole Gould |
| 7 | Declaration of Brennan Kennedy |
| 8 | Declaration of Sophie Clody |

Respectfully submitted this 7th day of August, 2026.

/s/ Tricia Wilson Magee
Tricia Wilson Magee, N.C. Bar No.: 31875
Shumaker, Loop & Kendrick, LLP
101 S. Tryon St., Suite 2200
Charlotte, NC 28280-0002
Telephone: 704-945-2961
tmagee@shumaker.com

# EXHIBIT 3

## Declaration of Coach Dave Doeren

Docusign Envelope ID: C77D6352-44ED-8418-8312-DCBB698F131A

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION
### CIVIL ACTION NO.:

KATRON EVANS,

        Plaintiff,

v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,

        Defendant.

## DECLARATION OF COACH DAVE DOEREN

I, Dave Doeren, declare under penalty of perjury as follows:

1. I am over eighteen (18) years of age and competent to testify regarding the matters stated herein. I am the Head Football Coach at North Carolina State University ("NC State"). I am in my 33rd year of coaching college football overall.

2. I graduated from Drake University in 1994 with a Bachelor of Science degree in Biology where I also played football as a tight end. Upon graduation, I began my coaching career as an assistant coach at Shawnee Mission Northwest High School and then returned to Drake from 1995-1997 where I served as linebackers coach and defensive coordinator. From 1998 through 1999, I served as a graduate assistant coach at the University of Southern California. In 1999, I received a master's degree in educational leadership from Drake. In 2000, I joined the University of Montana as a secondary coach where I remained until joining the coaching staff at the University of Kansas in 2002. After three seasons, I joined the coaching staff at the University of Wisconsin where I remained until 2010 when I became the head coach at Northern Illinois University. After the 2012 season, I was named head coach at NC State, where I have served ever since.

3. I have significant experience evaluating and developing athletes at the Division I level and placing student-athletes at the professional level. During my tenure at NC State, between 2017 and 2025, twenty-three of my players have been drafted into the National Football League, including three first-round selections. Eleven of my thirteen NC State squads have qualified for postseason bowl games, and my teams have achieved at least eight wins in seven of the last nine seasons. I am the winningest coach in NC State football history.

4. I first learned of KaTron Evans when Tony Gibson, the head football coach at Marshall University and who previously served on my coaching staff at NC State, contacted me after Marshall's season had concluded. Coach Gibson informed me that he had a defensive lineman who, according to Marshall's compliance office, had what they believed to be a strong case for an additional year of eligibility. Coach Gibson explained that Marshall did not have the available scholarships or NIL funding to bring KaTron back, and he wanted to help KaTron find a program where he could use that final season. NC State had an immediate need for a defensive tackle, so I pursued the recruitment.

5. Through the recruitment process, I learned about KaTron's history. I learned he originally enrolled at Jackson State University, then transferred to the University of North Carolina at Charlotte ("Charlotte"). I also learned that while KaTron was at Charlotte, a close family member and another individual close to the family were shot and killed. I also learned that KaTron's mother was nearly evicted from her home and, several months later, another close relative died before a former teammate and friend of KaTron died by suicide. I was not surprised to learn that those events led to academic hardship that put his eligibility into jeopardy and led to a year of academic ineligibility

6. Yet, I also learned that despite these hardships, KaTron fought to regain his academic eligibility, transferred to Marshall University, earned his bachelor's degree, and became a team captain at Marshall. In my assessment, KaTron did everything a young person could reasonably be expected to do to recover from a tragic set of circumstances and academic mismanagement.

7. Given my experience with other players receiving waivers from the NCAA as a player, assistant coach, and head coach, I decided to offer KaTron a roster spot and he enrolled at NC State in January 2026.

8. Upon enrollment, I directed our compliance staff to immediately pursue a waiver on KaTron's behalf. KaTron's impact on our team was immediate. He presented himself to the coaching staff and his teammates as a professional, always on time, ready to do whatever the team needs. He is mature well beyond his years. His life experiences, including overcoming tragedy and academic hardship, have instilled in him a level of maturity and motivation that is rare.

9. As a 340-pound nose guard graduate student, we expect him to play more snaps than any other player at his position. He is one of the strongest players on our roster and brings a skill set – a combination of size, strength, experience, and maturity – that no other player on our team possesses. KaTron lifted weights and trained with our team throughout the summer of 2026, through July 24, 2026, and was a full member of our roster until that date.

10. Unfortunately, on July 24, 2026, I learned that the NCAA denied KaTron's waiver appeal. After that denial, NC State was required to change KaTron's status to that of an "alumni player," meaning he lost the ability to participate in team activities, coaching, strength training, nutrition programs – everything that is meaningful and necessary for a Division I college football player. KaTron has not trained with the team, received instruction, or been able to prepare for competition.

11. NC State's first game of the 2026 season is a "week zero" contest at the University of Virginia on or about August 29, 2026, leaving a narrow window before the season begins. Every day KaTron misses practice are lost repetitions that are necessary for Division I college football.

12. Each day he is not on the field, he is falling further behind. While KaTron is permitted to access the football facility in the same limited manner as any alumnus: he may only observe practice, use the weight room when current players are not present, and receive medical treatment from our athletic trainers. Our coaches cannot coach him, assign him a strength and conditioning program, include him in team meetings, include him in team meals, or provide him with any benefit the program pays for. He may

ask our nutritionist general questions but cannot receive team-provided food. He may ask our strength coaches for advice but cannot be enrolled in a coached weight program.

13. In addition, as a 340-pound nose guard, KaTron has a unique role on our defense. He is double-teamed on nearly every play – meaning two offensive linemen, each weighing approximately 300 pounds, are blocking him simultaneously. On every snap, that is roughly 600 pounds of force against his 340 pounds.

14. Muscle memory and proper technique in that violent environment are built exclusively through repetition. Through practice repetitions, coaches create what I call "winning habits." Without those repetitions, a player has no habits. The longer KaTron goes without practicing, the greater the risk to his physical health and safety. This is not merely a competitive concern – it is a player-safety concern. Football is a violent sport and playing at the nose guard position without adequate practice and physical preparation places KaTron in serious physical harm's way.

15. Additionally, because our coaching staff must plan as though KaTron will not be available, we have been forced to cross-train a defensive tackle to also play the nose guard position. This means that one player must now prepare for two positions, and the seven remaining interior defensive linemen are absorbing the practice repetitions that would normally be distributed among eight players. This reduces our team's overall preparation and effectiveness and increases the physical strain and injury risk on KaTron's teammates.

16. To be clear, KaTron is not taking the roster spot of another potential athlete. That spot is his and no one else will be able to fill that role.

17. In addition, KaTron's Name, Image, and Likeness ("NIL") compensation is structured so that approximately one-third of his annual NIL package is paid during the off-season and approximately two-thirds is paid during the football season. His monthly NIL payment was scheduled to increase 50 percent per month beginning in July 2026, when the season-portion payments commenced. I understand that KaTron relies on this income to send money home to support his family. As a result of the NCAA's

Docusign Envelope ID: C77D6352-44ED-8418-8312-DCBB698F131A

denial of his eligibility, KaTron is being deprived of the substantial majority of his NIL compensation at a time when his family depends on it.

18.     The stakes for KaTron extend beyond this season. Approximately five years ago, NC State recruited Chandler Zavala, a transfer from Fairmont State University, and the NCAA similarly denied his eligibility waiver. We retained counsel and fought that denial and ultimately prevailed on reconsideration. While Zavala's case involved a medical hardship, the NCAA took into consideration the totality of the circumstances that were beyond his control, which is exactly what they are not doing with KaTron.  Zavala went on to become an All-Conference player at NC State, was drafted by the Carolina Panthers of the National Football League and remains in the NFL today. Had we lost that case, I do not believe Zavala would be in the NFL.

19.     In my experience and opinion, KaTron possesses an NFL-caliber body and skill set. If he has a strong final season, he will have the opportunity to pursue a professional football career – a generational, life-changing situation for a young man like him. Without this season, KaTron would have to sit out an entire year and enter the professional evaluation process as a player who did not compete in his final year, which would gravely diminish his NFL prospects.

20.     Beyond the physical and financial harm, I can see that KaTron is enduring the mental toll of uncertainty – forcibly separated from the team he was part of just days ago, unable to prepare for the season, and wondering what will happen to his future.

21.     Based on my 33 years of experience coaching college football, my knowledge of KaTron's circumstances, and my assessment of and experience with the NCAA's waiver process, it is my firm belief that KaTron lost a season of football eligibility due to circumstances beyond his control and that the NCAA's denial of his eligibility extension is causing him and our team immediate and ongoing irreparable harm.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 8/6/2026

DocuSigned by:

*Dave Doeren*

F625CAAE992D4EA...

Dave Doeren, Head Coach

NC State University

**CERTIFICATE OF SERVICE**

I hereby certify that on this date the foregoing **DECLARATION** was served by depositing a true and correct copy thereof in an official depository of the U.S. Mail, postage prepaid, and was also served via email, addressed to the following:

National Collegiate Athletic Association
c/o Jared Tidemann, Director of Legal Affairs
and Senior Counsel of Government and Sports Administration
700 W. Washington Street
Indianapolis, IN 46206-6222
jtidemann@ncaa.org

This 7th day of August, 2026.

/s/ Tricia Wilson Magee
Tricia Wilson Magee