# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION
## CIVIL ACTION NO.: 5:26-CV-00552

KATRON EVANS,

       Plaintiff,

v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,

       Defendant.

**INDEX OF EXHIBITS TO MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

| Exhibit | Description |
|---|---|
| 1 | Declaration of KaTron Evans |
| 2 | Declaration of Kevin Hansen |
| 3 | Declaration of Coach Dave Doeren |
| 4 | Declaration of Coach Elisha Shaw |
| 5 | Declaration of David Berri |
| 6 | Declaration of Nicole Gould |
| 7 | Declaration of Brennan Kennedy |
| 8 | Declaration of Sophie Clody |

Respectfully submitted this 7th day of August, 2026.

/s/ Tricia Wilson Magee
Tricia Wilson Magee, N.C. Bar No.: 31875
Shumaker, Loop & Kendrick, LLP
101 S. Tryon St., Suite 2200
Charlotte, NC 28280-0002
Telephone: 704-945-2961
tmagee@shumaker.com

# EXHIBIT 4

Declaration of Coach Elisha Shaw

Docusign Envelope ID: 87858F05-C6CA-8EA1-81D0-9696304E22C5

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION
### CIVIL ACTION NO.:

KATRON EVANS,

        Plaintiff,

v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,

        Defendant.

## DECLARATION OF COACH ELISHA SHAW

I, Elisha Shaw, declare under penalty of perjury as follows:

1.      I am over eighteen (18) years of age and competent to testify regarding the matters stated herein. I am currently employed as the Interior Defensive Line Coach at North Carolina State University ("NC State"). This is my third season at NC State. I have been coaching football since 2018.

2.      I am a native of Atlanta, Georgia. I graduated from Tucker High School in Stone Mountain, Georgia, in 2014. During high school, I was one of the nation's top defensive tackle prospects. I held scholarship offers from several top Division I football programs and was named a U.S. Army All-American. During the summer before my senior year of high school, I broke my neck, which ended my football playing career before I ever competed at the collegiate level. I missed my entire senior season of high school football. My college coach at the University of Alabama stood by me throughout that senior year despite my injury. The NCAA approved a waiver to provide me with a non-football scholarship, and I enrolled at Alabama to begin my education. I was the first person in my family to graduate from college.

3.      While at Alabama, I discovered my passion for coaching through community outreach, camps, and professional development activities associated with the football program. I graduated from the

Docusign Envelope ID: 87858F05-C6CA-8EA1-81D0-9696304E22C5

University of Alabama in 2018, which is when I began my coaching career as a volunteer coach at my alma mater, Tucker High School.

4.    In 2019, I accepted a position at Missouri Valley College, a NAIA institution in Missouri, where I spent three seasons. At Missouri Valley, I began as a running backs graduate assistant, then became a defensive line graduate assistant, and ultimately earned a full-time position as the defensive line coach in my third season. Following my time at Missouri Valley College, I spent one year at Georgia State University as a defensive line graduate assistant. In 2024, I joined NC State, where I served as a graduate assistant before being promoted to assistant defensive line coach the year after. In 2026 I was promoted to a full-time position as interior defensive line coach. My duties as a full-time position coach include recruiting players to the program, orienting them to our defensive scheme and program expectations, preparing them for opponents through skills, drills, and film study, and managing their academic eligibility

5.    Until recently, KaTron Evans was a current player in my position room, and I was his primary position coach. I recruited KaTron through the NCAA transfer portal. Unlike high school recruiting, where coaches have several years to evaluate a prospect, portal recruiting operates on a compressed timeline. Early in the cycle, KaTron was identified by our recruiting staff as a player that would potentially fit our program both on and off the field. KaTron is a very large athlete, weighing over 300 pounds. On the football field, he is an "overachiever" – a big man who plays with unusual effort and urgency. His game film from prior seasons showed a player who plays with enormous intensity. His on-field and off-field effort is uncommon and, in my professional experience, is closely associated with players who have had to work hard for everything they have – players who do not take opportunities for granted. I immediately reached out to KaTron and began his recruitment.

6.    During his recruitment, I learned that KaTron transferred to the University of North Carolia at Charlotte ("Charlotte") in January 2023 after his prior head coach at Jackson State left for another job. I then learned that he endured unimaginable personal tragedies during his sophomore year of college, losing three friends and family members to violent and untimely deaths in just a few months. At the same time, his mother nearly lost the family's home resulting in KaTron sending his own money to her in order to stop

Docusign Envelope ID: 87858F05-C6CA-8EA1-81D0-9696304E22C5

eviction proceedings. Later still, KaTron's friend and youth teammate died by suicide during the summer of 2023.

7. This series of tragedies resulted in academic underperformance. Compounded by the resetting of KaTron's GPA to 0.0 after his transfer, this led Charlotte to make him academically ineligible. I understand Charlotte could have petitioned for a "progress toward degree" waiver, which are often granted when there are extenuating circumstances beyond the athlete's control.

8. Because no waiver petition was filed for 2023, KaTron's eligibility would have ended in the spring of 2026. However, after vetting KaTron with his former coaches and meeting with him and his family, we believed the circumstances of 2023 would easily clear the standard for issuing waivers outside the control of the athlete. We offered KaTron a roster spot, which KaTron accepted, and he enrolled at NC State this past January.

9. Since arriving at NC State, KaTron has fully integrated with our team, providing incredible experience and leadership in our locker room. He is well-liked by his teammates and coaching staff alike. KaTron has taken on a leadership role with younger players in the position room, including freshmen. He has also fully embraced the strength and conditioning and nutritional support he has received over the past six months. As a result, he has lost seventeen pounds and is healthier than when he arrived. I believe his progress is the result of the structured team environment, consistent coaching, and the support system the program provides.

10. Unfortunately, as a result of the NCAA's denial of his waiver on July 24, 2026, KaTron is no longer able to participate in team practice activities. He has lost access to our training table and strength and conditioning coaching. He can no longer access our nutrition program that aids in physical conditioning and can no longer lift weights in the gym with his teammates.

11. I am significantly concerned that a prolonged period away from team activities and structure could result in not only a stall, but loss of the progress. This is a grave loss for KaTron and our team. His inability to participate in fall camp, which began on July 29, 2026, means KaTron cannot physically run through the defensive plays that our team will need to execute when the season begins. Every

day of practice he misses widens the gap between him and teammates who are gaining that familiarity and developing their skills. Additionally, during this period, the team is engaging in conditioning and team camaraderie activities that KaTron is missing. These activities are important for building cohesion, trust, and familiarity with teammates, particularly for a player who is new to the program, new to the conference, and learning a new defensive system. Every day that KaTron remains unavailable severely impacts our ability to be successful.

12. Beyond the field, the impact on KaTron and his teammates is profound. Denying KaTron eligibility after all he overcame sends precisely the wrong message to his younger teammates who, as athletes, are conditioned to understand the rules of the game and compete within them.

13. KaTron never asked for special treatment, the system failed him by not recognizing he was struggling due to circumstances beyond his control and furthered his suffering by not pulling the levers that could have pulled for him to get his eligibility back after the fact. This signals that the systems that are in place presumably to help college athletes have no predictability and no sense of justice

14. In my experience as a coach, including my own experience as a player whose career was cut short by a neck injury, I understand that when a player is unable to participate, the game does not stop for him. Other players continue to develop. The window to build readiness for a season is finite, and every day lost compounds the harm to the sidelined player's opportunity to compete at his full capacity.

15. Losing KaTron has resulted in a loss of a leader, a big brother, and a role model for our team. Once the 2026-2027 season concludes, none of our football athletes, NC State students, or NC State fans can get the season back. Having KaTron on our roster would help the NC State football team reach its potential both on and off the field.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___8/6/2026_____.

Signed by:

E1A1CED899594A8...
Elisha Shaw, Assistant Coach
NC State University

# CERTIFICATE OF SERVICE

I hereby certify that on this date the foregoing **DECLARATION** was served by depositing a true and correct copy thereof in an official depository of the U.S. Mail, postage prepaid, and was also served via email, addressed to the following:

National Collegiate Athletic Association
c/o Jared Tidemann, Director of Legal Affairs
and Senior Counsel of Government and Sports Administration
700 W. Washington Street
Indianapolis, IN 46206-6222
jtidemann@ncaa.org

This 7th day of August, 2026.

/s/ Tricia Wilson Magee
Tricia Wilson Magee