IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:26-CV-552-FL

KATRON EVANS, )
)
        Plaintiff, )
)
    v. )
)       ORDER
)
NATIONAL COLLEGIATE ATHLETIC )
ASSOCIATION, )
)
        Defendant. )

This matter, subject of administrative conference by telephone August 18, 2026, for the purpose of establishing expedited schedule for address of plaintiff's request for injunctive relief, returns to the court's attention upon further review of plaintiff's request for temporary restraining order filed August 7, 2026 (DE 16).

Taking into consideration alleged potential for injury to plaintiff the longer he goes without practicing, and is denied certain medical treatment and other program benefits, including meals, upon which sworn facts the court relies in deciding that irreparable injury will result before defendant can be heard in opposition, the court ORDERS without notice that defendant shall consider and treat plaintiff as immediately eligible to participate in Division I football at North Carolina State University for 14 days up to and through August 24, 2026, unless extended. No security shall be required for entry of this order, as defendant is unlikely to suffer damages if later found wrongfully restrained. Schedule for address of plaintiff's motion for preliminary injunction shall be determined at pending administrative conference.

SO ORDERED, this the 10th day of August, 2026, at 12:15 PM.

_____
LOUISE W. FLANAGAN
United States District Judge