IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:26-CV-552-FL

| | | |
|---|---|---|
| KATRON EVANS, | ) | |
| | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **NOTICE OF SPECIAL APPEARANCE** |
| | ) | |
| NATIONAL COLLEGIATE ATHLETIC | ) | |
| ASSOCIATION | ) | |
| | ) | |

Please take notice that the undersigned Nicholas T. Stack hereby enters a notice of special appearance as attorney for Plaintiff in the above-captioned matter, in association with Local Civil Rule 83.1(d) attorney, Tricia Wilson Magee.

I certify that I will submit any document to Local Civil Rule 83.1(d) attorney for review prior to filing the document with the court.

/s/ Nicholas T. Stack
Nicholas T. Stack
Shumaker, Loop & Kendrick, LLP
1000 Jackson Street
Toledo, Ohio 43604
(419) 241-9000
nstack@shumaker.com
Ohio Bar. No. 0086333
Attorney for Plaintiff


/s/ Tricia W. Magee
Tricia Wilson Magee
Shumaker, Loop & Kendrick, LLP
101 S. Tryon St., Suite 2200
Charlotte, NC 28280-0002
(704) 945-2961
Fax: (704) 332-1197
tmagee@shumaker.com
North Carolina Bar. No. 31875
Local Civil Rule 83.1(d) Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this date the foregoing **NOTICE OF SPECIAL APPEARANCE**

was served by depositing a true and correct copy thereof in an official depository of the U.S. Mail,

postage prepaid, and was also served via email, addressed to the following:

National Collegiate Athletic Association
c/o Jared Tidemann, Director of Legal Affairs
and Senior Counsel of Government and Sports Administration
700 W. Washington Street
Indianapolis, IN 46206-6222
jtidemann@ncaa.org


This 10th day of August, 2026.

/s/ Nicholas T. Stack
Nicholas T. Stack

2