IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:26-CV-552-FL

| | | |
|---|---|---|
| KATRON EVANS,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | ORDER |

This matter came before the court this date for administrative teleconference for the purpose of establishing expedited schedule for address of plaintiff's request for injunctive relief. (DE 16). Plaintiff seeks a court order directing defendant to grant him an additional year of eligibility to play football at North Carolina State University ("NC State"). On August 10, 2026, the court issued temporary restraining order directing defendant to treat plaintiff as eligible to play football at NC State through August 24, unless extended.

Plaintiff appeared at conference primarily through his counsel Patricia Magee, and defendant by counsel Thomas Woodrow. The court memorializes herein rulings made at conference, with benefit of consultation with the parties, regarding duration of its temporary restraining order, briefing schedule and tentative hearing date for plaintiff's motion for preliminary injunction, and defendant's deadline to respond to the complaint as follows:

1. Upon consent of defendant to a longer extension, the court extends its August 10, 2026, order that defendant shall consider and treat plaintiff as eligible to participate in football at NC State from August 24, 2026, now to and through **date of the court's ruling** on the motion for preliminary injunction;
2. Defendant shall file its response to plaintiff's motion for preliminary injunction on or before **August 27, 2026**;
3. Plaintiff shall file any reply on or before **September 3, 2026**;
4. If the court determines oral argument may aid its decision-making, hearing on the motion for preliminary injunction tentatively is set for **September 9, 2026, at 1:00 p.m.**[1]; and
5. Defendant's deadline to file responsive pleading to the complaint is extended to **seven days** after the court's ruling on the motion for preliminary injunction.

SO ORDERED, this the 18th day of August, 2026.

LOUISE W. FLANAGAN
United States District Judge

[1] Upon completion of the parties' briefing, if the court determines in its review of the written submissions that hearing is unnecessary to the making of its decision on issues presented, the clerk will be directed to alert the parties to the discontinuation of this hearing date. If either side would seek to urge the court to maintain this hearing opportunity for some explicit reason, note that in your brief and your request will be considered. It generally was agreed today that any hearing would not include introduction of evidence separate and apart from what is tendered on the docket in support of and in opposition to the motion.