**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

| | |
|---|---|
| KATRON EVANS,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>Defendant. | Civil Action No.: 5:26-cv-00552-FL |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record.

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Defendant, National Collegiate Athletic Association.

Dated: October 27, 2026

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: /s/ *Megan Neal*
Megan Neal (NC Bar No. 59743)
1120 S. Tryon Street, Suite 900
Charlotte, North Carolina 28203
Phone: (980) 215-7780
Fax: (980) 215-7771
megan.neal@hklaw.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY certify that on October 27, 2026, I electronically filed the foregoing document with the Clerk of the Court CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.


Tricia Wilson Magee (N.C. Bar No. 31875)<br>
Shumaker, Loop & Kendrick, LLP<br>
101 S. Tryon St., Suite 2200<br>
Charlotte, NC 28280<br>
Telephone: 704-945-2961<br>
Fax: 704-332-1197<br>
tmagee@shumaker.com

Diana J. Florence (NY Bar No. 2808012 *By Special Appearance*)<br>
Nicholas T. Stack (Ohio Bar No. 86333 *By Special Appearance*)<br>
Shumaker, Loop & Kendrick, LLP<br>
1000 Jackson St.<br>
Toledo, OH 43604<br>
Telephone: 419-241-9000<br>
Fax: 419-241-6894<br>
dflorence@shumaker.com<br>
nstack@shumaker.com

*Counsel for Plaintiff*


/s/ *Megan Neal*<br>
*Counsel for Defendant*