**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**
**CIVIL ACTION NO. 5:26-CV-00552-FL**

KATRON EVANS,

Plaintiff,

v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,

Defendant.

**[PROPOSED] CONSENT SCHEDULING ORDER**

Pursuant to Paragraph 5 of the Court's November 6, 2026, Order [Doc. 36] in this case, the parties hereby submit the following joint scheduling order:

1. North Carolina State University ("NC State") has declined to voluntarily participate in a Court-managed settlement conference. Although Plaintiff contends NC State's participation is not necessary, in light of the Court's prior Order and Defendant's contention that NC State is needed, the Court declines to conduct a court-hosted settlement conference at this time.

2. Defendant shall file its motion to dismiss plaintiff's complaint and supporting brief on or before December 2, 2026;

3. Plaintiff shall file his response to the motion to dismiss on or before December 23, 2026;

4. Defendant may file its reply is support of the motion on or before January 5, 2027.

SO ORDERED this ___day of _______________, 2026.

_________________________________
LOUISE W. FLANAGAN
United States District Judge